IN THE U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JAN 23 2012
DAVID J. MALAND, CLERK
BY
DEPUTY ________

Jeffrey Scott Barea )
Plaintiff, )
)
v. ) CASE NO: 4:12cv40
) Schneider/Mazzant
David Miscaviage, Tom Cruise, )
Church of Scientology, Internal ) ________
Revenue Service, U.S. District Court ) Presiding Judge
for the Eastern District of Texas - Sherman)
Division, U.S. Attorney Dallas Division, )
United States Department of Justice - )
Southern District of New York, Tommy Davis)
State of California, State of Florida, ->)
& Ari Emmanuel ~~Defendants~~ Defendants

COMPLAINT

Wherefore humbly comes before this Court Jeffrey Scott Barea, Plaintiff, to allege and affirm this Complaint against David Miscaviage, et al., Defendants,

① Plaintiff is a citizen of these United States,

② Plaintiff is a duly registered candidate for federal office, namely President of the United States, in the 2012 election,

③ Plaintiff resides at 2320 W. Prairie St. Apt. 209, Denton TX 76201,

④ Plaintiff current mailing address is Jeff Scott Barea SIT SO#86972, Denton County Jail, 127 N. Woodrow

Lane, Suite 200, Denton TX 76205,

(5) Plaintiff is not nor has ever been a member of the Church of Scientology or any of its multitude of illegally organized corporations or organizations,

(6) Plaintiff has never had any interaction positively or negatively with the same until January 2008 when Plaintiff wrote a blog post in support of free speech regarding Gawker Media Company's publishing of a video containing Tom Cruise, an actor, resulting in actions which shall be detailed in evidence through this process and are the subject of this complaint,

(7) David Miscavige as Chairman of the Board, de facto, of all Church of Scientology related corporations and organizations has fraudulently organized those organizations,

(8) and previously engaged in similar actions ~~act~~ against Plaintiff as detailed in previous court filings not affiliated with Plaintiff such as "Operation Snow White" and a fraud and criminal conspiracy known as "Fair Game" in direct violation knowingly by Defendant(s) of the RICO Racketeering Involving Corrupt Organizations Act,

(9) that David Miscavige in his position as inviolate religious dictator holding spiritual and believed physical power over his employees, members, and affiliated vendors through such processes as having unpaid volunteers living in slave labor conditions as a "billion year" contract did commit fraud and other criminal conspiracy planning and execution

IN RE: BAREA v. MISCAVIAGE

in coordination with Tommy Davis and other subordinates to ~~[illegible]~~ use members' positions as ~~[illegible]~~ elected and other positions in local, state, and national goverment to deprive Plaintiff of life, liberty and the pursuit of property,

(10) that David Miscaviage as he has organized his activities to operate as a de facto state agent illegally operating with in the United States and already having been convicted a such by the nation of France to subvert the constitutionally guaranteed protections of the Plaintiff by such planning and coordination of his membership requiring them to violate their oaths of offices as public servies.

(11) that such coordination and planning illegally and fraudulently use the financial resources of these offices, and ultimately the taxpayers of the United States + the State of Texas to commit these civil rights violations from his offices in the states of California and Florida,

(12) That the employees of the Internal Revenue Service as members of David Miscaviage's ~~Church~~ religious order did delete and act to disrupt the establishment and use of an Employer Identification Number for Plaintiffs duly registered candidacy organization with The Federal Elections Commission,

(13) That Tom Cruise, in his position as de facto second in command, of the criminal conspiracy, has aided in the planning, messaging, public relation, and execution of the fraud under Rico and helping organized a "shadow state actor" within the United States government.

(14) That the actions of all defendendants coordination with the membership/employees have acted to interfere in the Equal Protection Clause, protection from Unreasonable Search & Seizure, Fraud, Theft, Attempted Murder, False Arrest, Unlawful Detainment, Kidnapping, violations of the 14th Amendment, 16th Amendment, 4th Amendment, 18th Amendment, 1st Amendment, 10th Amendment, 25th Amendment,

(15) Such actions under R.I.C.O. create a state actor of all Defendendants and members, employees causing a dispute between a resident of one state against resident of another state, against another state government, my own state government, against the United States Government

(16) More will be added + explained in Interrogatories + Admission of Fact as my fingers are tired - am in jail and deprived of a computer to type out a nice clean looking complaint, that is all.

THEREFORE, HUMBLY COMES BEFORE THIS COURT ASKING ALL SUCH RELIEF AND ASSISTANCE AS COURT DEEMS APPROPRIATE THAT

(17) Plaintiff be awarded $175,263.45 in medical bills, dental bills,

(18) Plaintiff be awarded $75,325.42 in lost wages, ~~and~~

(19) Plaintiff be awarded $495,675.32 in future medical expenses

(20) Plaintiff be awarded $1,950,422.10 in future wage potential Lost due to damage of reputation,

(21) Punitive award in the amount $500.00 from each defendant,

(22) PUNITIVE AWARD IN THE AMOUNT OF ONE COPPER PENNY ($.01) (1¢) from David Miscavage

Respectfully Submitted,

Jeffrey Scott Barea
SLT SO # 86972
Denton County Jail
127 N. Woodrow Lane Ste 200
Denton TX 76205
PRO-SE

Baren, Jeffrey Scott
S I T SO# 86972
Denton County Jail
127 N. Woodrow Lane St 200
Denton TX 76205

NORTH TEXAS TX&DC
DALLAS TX 750
23 JAN 2012 PM 3 L

USA FIRST-CLASS FOREVER

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JAN 29 2012
DAVID J. MALAND, CLERK
BY
DEPUTY

Clerk of the Court
U.S. District ~~Court~~
Eastern District of Texas - Sherman
101 E. PECAN ST Ste 112
Sherman, TX 75090

COUNTY JAIL

New
Complaint Enclosed w/motion

75090003199